IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 3:23CR00011 |
| | ) | |
| v. | ) | |
| | ) | |
| SCOTT HOWARD JENKINS, | ) | |
| RICK TARIQ RAHIM, | ) | |
| FREDRIC GUMBINNER, and | ) | |
| JAMES METCALF | ) | |
| | ) | |

## MOTION TO SEAL

COMES NOW the United States by and through its undersigned attorney and moves this Honorable Court to seal the Indictment, and all related documents, in the above captioned case for a period of thirty (**30**) days or until the defendant is taken into custody, whichever is sooner.

Respectfully submitted,

CHRISTOPHER KAVANAUGH
UNITED STATES ATTORNEY

/s/Heather L. Carlton
Heather L. Carlton
Assistant United States Attorney
Virginia Bar No. 84752
United States Attorney's Office
U.S. Courthouse & Federal Building
255 W. Main St., Room 130
Charlottesville, Virginia 22902
434-293-4283
434-293-4910
Heather.Carlton@usdoj.gov

Date: June 28, 2023