# UNITED STATES DISTRICT COURT

for the

Western District of Virginia

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. 3:23-cr-00011-4 |
| James Metcalf | ) |
| | ) |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* James Metcalf,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy, honest services wire and mail fraud, and bribery concerning programs receiving federal funds.

Date: 06/28/2023

*Issuing officer's signature*

City and state: Charlottesville, VA

Hon. Joel C. Hoppe, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*