IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>)<br>SCOTT HOWARD JENKINS, *et al.*, )<br>)<br>Defendants. ) | Case No. 3:23-cr-11 |

## MOTION FOR ADMISSION PRO HAC VICE OF KYLE T. FINNEGAN

I, Timothy D. Belevetz, am a member in good standing of this Court. I am moving pursuant to Local Rule 6(d), for the admission of Kyle T. Finnegan to appear pro hac vice in this case as counsel for Defendant James Metcalf.

We certify that:

1. The proposed admittee is not a member of the Virginia bar and does not maintain any law office in Virginia.

2. The proposed admittee is a member in good standing of the bars of the following State and United States Courts:

   a. The State of Illinois, Admitted: January November 5, 2015 (IL Bar No. 6320608).

   b. United States District Court for the Northern District of Illinois, Admitted: December 10, 2018.

   c. United States District Court for the Northern District of Indiana, Admitted: August 10, 2018.

      d.    United States District Court for the Southern District of Indiana, Admitted: August 19, 2020.

      e.    United States Court of Appeals for the Seventh Circuit, Admitted: 2021.

3.    The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction.

4.    The proposed admittee is familiar with the Virginia Attorneys' Rules of Professional Conduct, the Federal Rules of Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure, and the Local Rules of this Court.

5.    The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

6.    The proposed admittee understands that he shall be subject to the disciplinary rules, conditions, and procedures set forth in this Court's Rules of Disciplinary Enforcement.

7.    Mr. Belevetz, the movant, is a member of the bar of this Court in good standing and will serve as lead counsel for Defendant James Metcalf in these proceedings.

8.    The proposed admittee will promptly register for the CM/ECF in this Court.

9.    The $100.00 fee for admission pro hac vice accompanies this motion.

Pursuant to 28 U.S.C. § 1746, the undersigned hereby certifies under penalties of perjury that the foregoing statements are true and correct.

Executed on July 17, 2023.

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| /s/_____ | /s/_____ |
| Timothy D. Belevetz | Kyle T. Finnegan |
| VSB No. 36110 | *Pro Hac Vice* pending |
| Attorney for Defendant James Metcalf | Attorney for Defendant James Metcalf |
| Ice Miller LLP | Ice Miller LLP |
| 200 Massachusetts Avenue, N.W., Suite 400 | 200 West Madison, Suite 3500 |
| Washington, DC  20001 | Chicago, IL  60606 |
| Telephone: (202) 572-1605 | Telephone: (312) 726-8130 |
| Fax: (202) 824-8667 | Fax: (312) 726-7102 |
| timothy.belevetz@icemiller.com | kyle.finnegan@icemiller.com |

**CERTIFICATE OF SERVICE**

  I hereby certify that on this 17th day of July 2023, I caused the foregoing to be filed electronically using the Court's CM/ECF system, which sends a notice of electronic filing to all CM/ECF participants in the above-captioned matter.

  /s/_____
Timothy D. Belevetz
Ice Miller LLP
200 Massachusetts Avenue, N.W., Suite 400
Washington, DC  20001
Telephone: (202) 572-1605
Fax: (202) 824-8667
timothy.belevetz@icemiller.com