AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

| United States of America | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:23-cr-00011-NKM-JCH |
| Scott Howard Jenkins et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

James Metcalf          .

Date:   07/18/2023

/s/ Kyle T. Finnegan
*Attorney's signature*

Kyle T. Finnegan (IL Bar No. 6320608) *Pro Hac Vice*
*Printed name and bar number*
Ice Miller LLP
200 West Madison Street
Suite 3500
Chicago, IL 60606
*Address*

kyle.finnegan@icemiller.com
*E-mail address*

(312) 726-8130
*Telephone number*

(317) 726-7102
*FAX number*