UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

UNITED STATES OF AMERICA

v.

RICK TARIQ RAHIM,

      Defendant.

Case No.: 3:23-cr-00011

**IN RE: ORDER OF RECUSAL OF THE HON. JOEL C. HOPPE**

COMES NOW MichieHamlett PLLC ("MichieHamlett") and moves the Honorable Court to rescind its Order dated September 26, 2023, which provided for the Court's recusal from cases in which MichieHamlett appears as counsel, and in support of the motion states the following:

1.     The Honorable Joel C. Hoppe ("Hon. Hoppe") entered an order of recusal on September 26, 2023, based on his belief that MichieHamlett represents an adverse party.

2.     MichieHamlett, by one of its attorneys, had filed a notice of appearance on behalf of a party whose interests appear adverse to Hon. Hoppe.

3.     Said filing was premature and occurred absent the usual circulation in the firm of possible conflicts of interest for any new client or case.

4.     On September 26, 2023, MichieHamlett immediately notified all parties and counsel of its intention to withdraw.

5.     All parties and counsel have indicated their consent to MichieHamlett's withdrawal.

6.     On September 27, 2023, a Motion to Withdraw was filed.  MichieHamlett is circulating a Consent Order of Withdrawal for endorsement of the parties and counsel and anticipates the Order will be entered forthwith.

7. Upon entry of an Order permitting MichieHamlett's withdrawal, no conflict, actual or by appearance, will exist between Hon. Hoppe and MichieHamlett.

8. MichieHamlett asks that the Order of recusal be rescinded or held in abeyance until the entry of the Order of Withdrawal.

9. MichieHamlett has conferred with the Assistant United States Attorney and the government does not object to this request.

WHEREFORE, MichieHamlett moves the Court to rescind or hold in abeyance the Order of recusal and to grant all other relief the Court deems proper and appropriate.


MICHIEHAMLETT PLLC

By: */s/ Rhonda Quagliana*
Rhonda Quagliana, Esquire
VSB #39522
MichieHamlett PLLC
310 4th Street NE, 2nd Floor
P.O. Box 298
Charlottesville, Virginia 22902
(434) 951-7225
(434) 951-7279 *facsimile*
rquagliana@michiehamlett.com
*Counsel for Defendant*

### CERTIFICATE OF SERVICE

I hereby certify that on September 27, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following: counsel of record; and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

*/s/ Rhonda Quagliana*

{01404967-1 }