IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. 3:23cr00011 |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| SCOTT HOWARD JENKINS, et al., | ) | By:    Joel C. Hoppe |
| Defendants. | ) | United States Magistrate Judge |

On September 26, 2023, the undersigned Magistrate Judge entered an oral order recusing himself from this case as to Defendant Rick Tariq Rahim. The order stated, "[t]he law firm MichieHamlett has taken on representation of a party adverse to Judge Hoppe in a pending matter. Therefore, Judge Hoppe recuses himself from this and any matter in which MichieHamlett is involved." ECF No. 72. The next day counsel for Defendant Rick Tariq Rahim filed a motion asking the undersigned to rescind his recusal order. ECF No. 73. The motion stated that MichieHamlett had filed a motion to withdraw from the other matter and that upon entry of an order granting the motion, "no conflict, actual or apparent, will exist between [Judge] Hoppe and MichieHamlett." *Id.* at 1–2. The order granting MichieHamlett's motion to withdraw from the other matter was entered on October 4, 2023.

Finding that the apparent conflict has resolved, the undersigned Magistrate Judge RESCINDS his recusal from this matter.

It is so ORDERED.

ENTER: October 13, 2023

Joel C. Hoppe
United States Magistrate Judge