IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

CLERKS OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
November 07, 2024
LAURA A. AUSTIN, CLERK
BY  s/ S. MELVIN
    DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 3:23-cr-00011 |
| v. ) | |
| ) | |
| SCOTT HOWARD JENKINS ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

### ORDER

On November 5, 2024, the Court held a pre-trial conference addressing the government's motions in limine (Dkt. 181). Upon due consideration, and for the reasons stated on the record, the Court enters the following orders:

- The Government's first motion in limine is **GRANTED in part** to the extent it seeks to exclude argument that this case is the product of selective or vindictive prosecution or that the Department of Justice, its attorneys, or its agents, generally, are biased against Defendant Scott Howard Jenkins. The motion is **DENIED in part** to the extent Jenkins seeks to explore the biases of witnesses during examination, assuming a proper foundation or basis exists for such questioning.

- The Government's second motion in limine is **GRANTED in part** to the extent it seeks to exclude Jenkins's lack of criminal record and evidence of specific good acts, including instances in which auxiliary deputies are not alleged to have been appointed illegally. The motion is **DENIED in part.** The Parties may introduce evidence or testimony explaining the auxiliary deputy program or the procedures by which an individual becomes an auxiliary deputy.

- The Government's third motion in limine is **GRANTED in part** to the extent it seeks to exclude arguments or testimony that covert law enforcement techniques are illegal or otherwise improper. The motion is otherwise **DENIED**.

- The Government's fourth motion in limine is **GRANTED**.

- The Government's fifth motion in limine is **GRANTED.**

It is so **ORDERED**.

Entered: November 6, 2024

*Robert S. Ballou*

Robert S. Ballou
United States District Judge