# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
# CHARLOTTESVILLE DIVISION

## CRIMINAL MINUTES – JURY TRIAL
Day 1

**Case No.:** 3:23cr00011                **Date:** 11/12/2024

**Defendant:** Scott Howard Jenkins        **Counsel:** Philip Andonian, Joseph Caleb

TIME IN COURT: 9:45-10:04
TOTAL TIME: 19 min

PRESENT:    JUDGE:            Robert S. Ballou
            Deputy Clerk:     Kelly Brown
            Court Reporter:   Lisa Blair
            U. S. Attorney:   Celia Choy, Lina Peng, Melanie Smith
            USPO:             Angela Sullivan

Additional Information:
9:45
Parties present. Government represented by counsel. Deft not present but represented by counsel. Deft has developed a medical condition and is not present.
Juror has a medical condition in the lobby and paramedics are on the way, that juror will be excused.
Gov moves to have today excluded from Speedy Trial. Granted.
Jury present.
Court addresses the jury.
Jury excused.
Court addresses parties.
Adjourned.
10:04