AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA

United States of America

V

Scott Howard Jenkins

## EXHIBIT AND WITNESS LIST

Case Number:  3:23cr00011

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Robert S. Ballou | Celia Choy, Lina Peng, Melanie Smith | Philip Andonian, Joseph Caleb |
| TRIAL DATES | COURT REPORTER | COURTROOM DEPUTY |
| 12/16/2024 | Lisa Blair | Kelly Brown |

| PLF NO | DEF NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION AND EXHIBITS* AND WITNESSES | |
|---|---|---|---|---|---|---|
| x | | 12/16/2024 | | | Kevin Rychlik, sworn | |
| 501 | | 12/16/2024 | x | x | Badge issued to Rychlik | Rychlik |
| 502 | | 12/16/2024 | x | x | ID card issued to Rychlik | Rychlik |
| 445 | | 12/16/2024 | x | x | Photo of badge and ID card issued to Rychlike | Rychlik |
| 101 | | 12/16/2024 | x | x | Text message chain involving Scott Jenkins and Kevin Rychlik dated 6/27/2019 to 8/5/2019 | Rychlik |
| 105 | | 12/16/2024 | x | x | Text message chain involving Scott Jenkins and Kevin Rychlik dated 9/19/20219 to 11/3/2019 | Rychlik |
| 106 | | 12/16/2024 | x | x | Text message chain involving Scott Jenkins and Kevin Rychlik datged 12/27/2019 to 3/3/2020 | Rychlik |
| 126 | | 12/16/2024 | x | x | Text message chain involving Scott Jenkins and Kevin Rychlik dated Feb 2020 | Rychlik |
| 107 | | 12/16/2024 | x | x | Text message chain involving Scott Jenkins and Kevin Rychlik dated 10/15/2020 to 11/27/2020 | Rychlik |
| 32 | | 12/16/2024 | x | x | Audio recording dated 12/28/2022 | Rychlik |
| 33A | | 12/16/2024 | x | x | Audio recording dated 12/28/2022 | Rychlik |
| 33B | | 12/16/2024 | x | x | Audio recording dagted 12/28/20222 | Rychlik |
| 122 | | 12/16/2024 | x | x | Text message chain involving Scott Jenkins and Rychlik | Rychlik |
| 1 | | 12/16/2024 | x | x | Audio recording dated 8/25/2022 | Rychlik |
| 3 | | 12/16/2024 | x | x | Audio recording dated 8/25/2022 | Rychlik |
| 5 | | 12/16/2024 | x | x | Audio recording dated 8/29/2022 | Rychlik |
| 7 | | 12/16/2024 | x | x | Video recording dated 9/7/2022 | Rychlik |
| 11 | | 12/16/2024 | x | x | Video recording date 9/7/2022 | Rychlik |
| 13 | | 12/16/2024 | x | x | Video recording dated 10/6/2022 | Rychlik |
| 19 | | 12/16/2024 | x | x | Audio recording dated 11/8/2022 | Rychlik |
| 23 | | 12/16/2024 | x | x | Audio recording dated 11/14/2022 | Rychlik |
| 31 | | 12/16/2024 | x | x | Audio recording dated 12/28/2022 | Rychlik |
| 130 | | 12/16/2024 | x | x | Text messages between Scott Jenkins and Kevin Rychlik | Rychlik |
| 401 | | 12/16/2024 | x | x | Photo of Scott Jenkins, Thomas Cooper, Rubar Sandi, and Kevin Rychlik outside Piedmont Steakhouse | Rychlik |
| 35 | | 12/16/2024 | x | x | Audio recording dated 1/4/2023 | Rychlik |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF VIRGINIA

United States of America
V
Scott Howard Jenkins

### EXHIBIT AND WITNESS LIST

Case Number:  3:23cr00011

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Robert S. Ballou | Celia Choy, Lina Peng, Melanie Smith | Philip Andonian, Joseph Caleb |
| TRIAL DATES | COURT REPORTER | COURTROOM DEPUTY |
| 12/16/2024 | Lisa Blair | Kelly Brown |

| | | | | | | |
|---|---|---|---|---|---|---|
| 39 | | 12/16/2024 | x | x | Ausio recording dated 1/30/2023 | Rychlik |
| 702 | | 12/16/2024 | x | x | Handwrittenreceipt of firearms | Rychlik |
| 40 | | 12/16/2024 | x | x | Audio recdording dated 1/31/2023 | Rychlik |
| 503 | | 12/16/2024 | | | Ed Brown, Kobra  Carry, S/N 2625 (DEMONSTRATIVE) | Rychlik |
| 404 | | 12/16/2024 | x | x | Photo of Ed Brown, Kobra Carry,  S/N 2625 | Rychlik |
| 504 | | 12/16/2024 | | | Wilson, EDC X9 S/N WCX2957 (DEMONSTRATIVE) | Rychlik |
| 405 | | 12/16/2024 | x | x | Photo of Wilson, EDC X9 S/N WCX29 | Rychlik |
| 505 | | 12/16/2024 | | | LWRC, R.E.P.R. S/N 72-02407 (DEMONSTRATIVE) | Rychlik |
| 406 | | 12/16/2024 | x | x | Photo of LWRC, R.E.P.R. S/N 72-02407 | Rychlik |
| 506 | | 12/16/2024 | | | Winchester Arms, Model 94AE, S/N IA01012 (DEMONSTRATIVE) | Rychlik |
| 407 | | 12/16/2024 | x | x | Photo Winchester Arms, Model 94AE, S/N IA01012 | Rychlik |
| x | | 12/16/2024 | | | UC-1 ("Jerry McKee") | |
| 409 | | 12/16/2024 | x | x | UC-1 bribe cash | UC-1 |
| 420 | | 12/16/2024 | x | x | UC-1 taking oath | UC-1 |
| 421 | | 12/16/2024 | x | x | UC-1 receiving badge | UC-1 |
| 519 | | 12/16/2024 | x | x | CCSO Badge issued to Jerry McKee | UC-1 |
| 442 | | 12/16/2024 | x | x | photo of Jerry McKee ID and badge | UC-1 |
| 20 | | 12/16/2024 | x | x | video recording dated 11/14/2022 | UC-1 |
| 21 | | 12/16/2024 | x | x | Video recording dated 11/14/2022 | UC-1 |
| 416 | | 12/16/2024 | x | x | Screenshot of UC-1 bribe | UC-1 |
| 22 | | 12/16/2024 | x | x | Video recording dated 11/14/2022 | UC-1 |
| x | | 12/16/2024 | | | Thomas Cooper, sworn | |
| 735 | | 12/16/2024 | x | x | Letter to Thomas Cooper re: Grant of Use of Immunity | Cooper |
| 41 | | 12/16/2024 | x | x | Video recording dated 10/26/2022 | Cooper |
| 15 | | 12/16/2024 | x | x | Video recording dated 10/26/2022 | Cooper |
| 418 | | 12/16/2024 | x | x | Thomas Cooper taking oath | Cooper |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF VIRGINIA

United States of America

V

Scott Howard Jenkins

## EXHIBIT AND WITNESS LIST

Case Number:  3:23cr00011

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Robert S. Ballou | Celia Choy, Lina Peng, Melanie Smith | Philip Andonian, Joseph Caleb |
| TRIAL DATES | COURT REPORTER | COURTROOM DEPUTY |
| 12/16/2024 | Lisa Blair | Kelly Brown |

| | | | | | | |
|---|---|---|---|---|---|---|
| 16 | | 12/16/2024 | x | x | Video recording dated 10/26/2022 | Cooper |
| 415 | | 12/16/2024 | x | x | Screenshot of Thomas Cooper bribe | Cooper |
| 419 | | 12/16/2024 | x | x | Thomas Cooper receiving badge | Cooper |
| 17 | | 12/16/2024 | x | x | Video recording dated 10/26/2022 | Cooper |
| 517 | | 12/16/2024 | x | x | CCSO Badge issued to Tom Cooper | Cooper |
| 518 | | 12/16/2024 | x | x | CCSO Identification card issued to Tom Cooper | Cooper |
| 443 | | 12/16/2024 | x | x | Photo of Thomas Cooper Sheriff ID and Badge | Cooper |
| 402 | | 12/16/2024 | x | x | Rubar Sandi taking oath with Thomas Cooper | Cooper |
| 403 | | 12/16/2024 | x | x | Rybar Sandi receiving badge | Cooper |
| x | | 12/16/2024 | | | James Metcalf, sworn | |
| 428 | | 12/16/2024 | x | x | Jim Metcalf surveillance photos | Metcalf |
| 414 | | 12/16/2024 | x | x | Screenshot of Jim Metcalf bribe | Metcalf |
| 426 | | 12/16/2024 | x | x | Jim Metcalf  taking oath | Metcalf |
| 427 | | 12/16/2024 | x | x | Jim Metcalf receiving badge | Metcalf |
| 444 | | 12/16/2024 | x | x | Photo of James Metcalf Sheriff ID and Badge | Metcalf |
| 515 | | 12/16/2024 | x | x | CCSO badge issued to Jim Metcalf | Metcalf |
| 516 | | 12/16/2024 | x | x | CCSO Identification card issued to Jim Metcalf | Metcalf |
| 8 | | 12/16/2024 | x | x | Video recording dated 9/7/2022 | Metcalf |
| 9 | | 12/16/2024 | x | x | Video recording dated 9/7/2022 | Metcalf |
| 10 | | 12/16/2024 | x | x | Video recording dated 9/7/2022 | Metcalf |
| 12 | | 12/16/2024 | x | x | Video recording dated 9/7/2022 | Metcalf |
| x | | 12/16/204 | | | Philip Howell, sworn | |
| 422 | | 12/16/2024 | x | x | Phil Howell taking oath | Howell |
| 423 | | 12/16/2024 | x | x | Phill Howell receiving badge | Howell |
| 417 | | 12/16/2024 | x | x | Screenshot of Phil Howell bribe | Howell |
| 34 | | 12/16/2024 | x | x | Video recording dated 12/29/2022 | Howell |

AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

### WESTERN DISTRICT OF VIRGINIA

United States of America

V

Scott Howard Jenkins

### **EXHIBIT AND WITNESS LIST**

Case Number:  3:23cr00011

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Robert S. Ballou | Celia Choy, Lina Peng, Melanie Smith | Philip Andonian, Joseph Caleb |

| TRIAL DATES | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| 12/16/2024 | Lisa Blair | Kelly Brown |

| | | | | | | |
|---|---|---|---|---|---|---|
| 523 | | 12/16/2024 | x | x | CCSO Badge issued to Phil Howell | Howell |
| 524 | | 12/16/2024 | x | x | CCSO identification card issued to Phil Howell | Howell |
| 440 | | 12/16/2024 | x | x | Photo of Phil Howell Saheriff ID and Badge | Howell |