**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**CHARLOTTESVILLE DIVISION**

FILED IN OPEN COURT
DATE: 12/18/24
DEPUTY CLERK

**CASE NUMBER: 3:23cr11**

**CASE NAME:** United States of America v. Scott Howard Jenkins

The video files aren't labeled and its taking a long time to find what we need. Is there a list of how they are organized or some easier way to search them? We'd like subtitles if available too. Can we see the court reporters notes of testimony?

Juror Number: _____    Date: 12/18/24    Time: 5:54

........................................................................................

For Court Use Only:
Rev'd by: _____    Date: _____    Time: _____

Date Filed _____

The Court's response to Jury Question #1

1.  If available, we will provide a list of the admitted exhibits with the descriptions used by
    the parties.  For now, the audio and video recordings are located at G001-G042.
2.  All instructions of the Court are important.  However, Instruction 21 provides guidance
    regarding transcripts for audio and video recordings.
3.  At this time, we are not able to provide the court reporter notes or a transcript of
    testimony. You must rely upon your memory of the testimony of the witnesses.

Dec. 18, 2024