IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 3:23-cr-00011 |
| ) | |
| SCOTT HOWARD JENKINS ) | |
| ) | |

## JURY VERDICT FORM

We, the jury, unanimously find as follows:

### COUNT 1

As to the charge that the Defendant, Scott Howard Jenkins, conspired with at least one other person to commit bribery concerning programs receiving federal funds or honest-services mail or wire fraud, in violation of Title 18, United States Code, Section 371, we find the Defendant:

_____ Not Guilty      ✓ Guilty

**If you find the Defendant Guilty on Count 1, you must answer the following additional question. If you find the Defendant Not Guilty on Count 1, skip this question and proceed to Count 2.**

We unanimously find that the Defendant conspired to commit the following offense(s) against the United States (check all that apply):

✓ Federal Programs Bribery

✓ Honest-Services Mail Fraud

✓ Honest-Services Wire Fraud

### COUNT 2

As to the charge that the Defendant, Scott Howard Jenkins, committed honest-services mail fraud in violation of Title 18, United States Code, Sections 1341 and 1346, we find the Defendant:

_____ Not Guilty      ✓ Guilty

### COUNT 3

As to the charge that the Defendant, Scott Howard Jenkins, committed honest-services wire fraud in violation of Title 18, United States Code, Sections 1343 and 1346 related to the text

message sent from Defendant to Rick Rahim on or about July 7, 2020 charged in the Superseding Indictment, we find the Defendant:

_____ Not Guilty          ✓ Guilty

## COUNT 4

As to the charge that the Defendant, Scott Howard Jenkins, committed honest-services wire fraud in violation of Title 18, United States Code, Sections 1343 and 1346 related to the text message sent from Defendant to Kevin Rychlik on or about January 4, 2023 charged in the Superseding Indictment, we find the Defendant:

_____ Not Guilty          ✓ Guilty

## COUNT 5

As to the charge that the Defendant, Scott Howard Jenkins, committed honest-services wire fraud in violation of Title 18, United States Code, Sections 1343 and 1346 related to the check deposit on or about October 7, 2022 charged in the Superseding Indictment, we find the Defendant:

_____ Not Guilty          ✓ Guilty

## COUNT 6

As to the charge that the Defendant, Scott Howard Jenkins, committed bribery concerning programs receiving federal funds in violation of Title 18, United States Code, Section 666(a)(1)(B), with respect to Rick Rahim, we find the Defendant:

_____ Not Guilty          ✓ Guilty

## COUNT 7

As to the charge that the Defendant, Scott Howard Jenkins, committed bribery concerning programs receiving federal funds in violation of Title 18, United States Code, Section 666(a)(1)(B), with respect to Fredric Gumbinner, we find the Defendant:

_____ Not Guilty          ✓ Guilty

## COUNT 8

As to the charge that the Defendant, Scott Howard Jenkins, committed bribery concerning programs receiving federal funds in violation of Title 18, United States Code, Section 666(a)(1)(B), with respect to James Metcalf, we find the Defendant:

_____ Not Guilty          ✓ Guilty

## COUNT 9

As to the charge that the Defendant, Scott Howard Jenkins, committed bribery concerning programs receiving federal funds in violation of Title 18, United States Code, Section 666(a)(1)(B), with respect to Thomas Cooper, we find the Defendant:

_____ Not Guilty        \_\_\_✓\_\_\_ Guilty

## COUNT 10

As to the charge that the Defendant, Scott Howard Jenkins, committed bribery concerning programs receiving federal funds in violation of Title 18, United States Code, Section 666(a)(1)(B), with respect to Undercover Agent 1 ("Jerry McKee"), we find the Defendant:

_____ Not Guilty        \_\_\_✓\_\_\_ Guilty

## COUNT 11

As to the charge that the Defendant, Scott Howard Jenkins, committed bribery concerning programs receiving federal funds in violation of Title 18, United States Code, Section 666(a)(1)(B), with respect to Undercover Agent 2 ("Mike"), we find the Defendant:

_____ Not Guilty        \_\_\_✓\_\_\_ Guilty

## COUNT 12

As to the charge that the Defendant, Scott Howard Jenkins, committed bribery concerning programs receiving federal funds in violation of Title 18, United States Code, Section 666(a)(1)(B), with respect to Philip Howell, we find the Defendant:

_____ Not Guilty        \_\_\_✓\_\_\_ Guilty

**Please sign and date the form and return to the courtroom.**

\[REDACTED\] Signature of Foreperson

12/18/2024 Date