CLERKS OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
January 08, 2025
LAURA A. AUSTIN, CLERK
BY: s/ D. AUDIA
      DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### CHARLOTTESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal No. 3:23-cr-00011 |
| v. ) | |
| ) | **ORDER** |
| FREDRIC GUMBINNER ) | |
| ) | By:   Joel C. Hoppe |
| ) |           United States Magistrate Judge |

It is hereby ORDERED that Defendant Fredric Gumbinner's Petition for Modification of Pretrial Release Condition is GRANTED. It is hereby ORDERED that the United States Pretrial Services Office, United States Probation Office, and/or the Clerk for the United States District Court for the Western District of Virginia shall return the passport of Fredric Gumbinner to him. Upon the completion of the process to obtain a South Carolina driver's license, Defendant shall surrender his passport to his assigned Probation Officer, who shall maintain possession of the passport until Defendant is sentenced.

The Clerk shall send a copy of this Order to the parties.

IT IS SO ORDERED.

ENTER: January  8 , 2025

_____
Joel C. Hoppe
United States Magistrate Judge