# EXHIBIT 1

From: +15408279617 (owner)
To: +15405220211 John Jenkins
To: +15407185309 Mike Jenkins
To: +17036250100 Rick Rahim

Sooo......

A year or so ago when governor black face got in media I went and had bought the copy rights to "Make Virginia Great Again" for all sorts of apparel items.

Rick,
Can you make me some money on bunch of red shirts and hats with white letters maybe if I start selling them in January for lobby days etc ?

Or maybe another strategy that might be better. Just looking for you advice before I waste any money printing anything.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15405220211 John Jenkins | | | |
| +15407185309 Mike Jenkins | | | |
| +17036250100 Rick Rahim | | | |

Status: Sent

12/19/2019 2:57:47 PM(UTC+0)

Source Info:
00008030-000910D602B8802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x178469D (Table: message, chat, handle; Size: 495099904 bytes)

---

From: +15408279617 (owner)
To: +15405220211 John Jenkins
To: +15407185309 Mike Jenkins
To: +17036250100 Rick Rahim

I'm thinking not only does it connect with a trump supporter but it associates me mentally with trump fake news attacks and hardships etc and me fighting against a swamp.
So I'm thinking if I could not be the "money guy" or bad guy trying to profit off it and say that proceeds "(10-20% I guess) after expenses (Rick's expenses are what they are) could go into my charitable fund for kids or a fund for my deputies

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15405220211 John Jenkins | | | |
| +15407185309 Mike Jenkins | | | |
| +17036250100 Rick Rahim | | | |

Status: Sent

12/19/2019 3:01:43 PM(UTC+0)

Source Info:
00008030-000910D602B8802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x1785AFF (Table: message, chat, handle; Size: 495099904 bytes)