FILED: April 7, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-4184
(3:23-cr-00011-RSB-JCH-1)

_____

UNITED STATES OF AMERICA

   Plaintiff - Appellee

v.

SCOTT HOWARD JENKINS

   Defendant - Appellant

_____

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Western District of Virginia at Charlottesville |
| Originating Case Number | 3:23-cr-00011-RSB-JCH-1 |
| Date notice of appeal filed in originating court: | 04/04/2025 |
| Appellant | Scott Howard Jenkins |
| Appellate Case Number | 25-4184 |
| Case Manager | Taylor Barton<br>804-916-2702 |